IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:17CV136 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| LUCAS WALKER HUNNICUTT, and BRANDIS LYNN HUNNICUTT, | |
| Defendants. | |

This matter is before the court on the Suggestion of Bankruptcy (Filing No. 3). The defendants, Lucas Walker Hunnicutt and Brandis Lynn Hunnicutt filed the suggestion based on their Chapter 7 bankruptcy filing on April 28, 2017. The filing was made in the District of Nebraska and is designated Case No. 17-40660. Upon consideration,

IT IS ORDERED:

1. Pursuant to NEGenR 1.5(a)(1) and 28 U.S.C. § 157, this case is referred to the United States Bankruptcy Court for the District of Nebraska.

2. This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska.

3. The Clerk of the Court for the District of Nebraska shall furnish the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

Dated this 16th day of May, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge