IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | CASE NO. BK17-40660 |
| LUCAS WALKER HUNNICUTT AND, ) | A17-4030 |
| BRANDIS LYNN HUNNICUTT ) | |
| Debtor(s). ) | CHAPTER 7 |
| | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| Plaintiff, ) | 8:17CV136 |
| ) | |
| vs. ) | |
| ) | |
| LUCAS WALKER HUNNICUTT and ) | |
| BRANDIS LYNN HUNNICUTT, ) | |
| ) | |
| ) | |
| Defendants. ) | |

REPORT & RECOMMENDATION

This matter is before the Court upon referral by the United States District Court for the District of Nebraska (Fil. No. 1).

On April 19, 2017, the United States Attorney on behalf of the United States of America, acting through the Rural Housing Service, an agency of the United States Department of Agriculture, filed a mortgage foreclosure action in United States District Court against Defendants Lucas Walker Hunnicutt and Brandis Lynn Hunnicutt. See Civil No. 8:17CV136. In its Complaint, the United States seeks judgment in the amount of $88,835.93 plus interest and costs, a declaration regarding lien priority of its mortgage and advances, authorization to sell the collateral that serves as security for debt to the United States and an order regarding disposition of proceeds.

Defendants petitioned for bankruptcy relief under Chapter 7 of the Bankruptcy Code on April 28, 2017. They filed a Suggestion of Bankruptcy with the District Court on May 17, 2017, suggesting that the foreclosure action was stayed upon filing of the bankruptcy petition. In response to the Suggestion of Bankruptcy, the District Court referred the case to this Court.

Local Rule NEGenR 1.5(a)(1) was amended in December 2014 to allow the District Court to stay the litigation against a party in bankruptcy until the party requests referral of the case to the Bankruptcy Court. No party requested a referral. Accordingly, the Court respectfully recommends that the District Court withdraw the reference of this case and stay all proceedings until the automatic stay is lifted or the bankruptcy case is dismissed.

The Clerk of the Bankruptcy Court shall process this recommendation pursuant to the local court rules.

DATED: May 19, 2017.

RESPECTFULLY SUBMITTED,

/s/ Shon Hastings
United States Bankruptcy Judge
Sitting by Designation

Notice given by the Court to:
  Robert L. Homan
  Office of General Counsel USDA - Rural Development
  Samuel J. Turco, Jr.
  Rick D. Lange
  US Trustee